UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------- X

ADMIRAL INSURANCE COMPANY

            Plaintiff,

    v.

750, INC., 2805 HOLDING, LLC,
MICHAEL GOLDBERG, and
LEWIS MORRIS ASSOCIATES

           Defendants.

----------------------------------------------- X

Case No. 08 CIV 6562
(CM) (JCF)

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT AND ALL PARTIES:**

    The undersigned, Andrew J. Mihalick, is an associate with the firm of Kral, Clerkin, Redmond, Ryan, Perry & Girvan, LLP. Please enter my appearance as counsel in this case for Plaintiff, Admiral Insurance Company, substituting for Leonard Porcelli, Esq., of this firm. I certify that I am admitted to practice before this Honorable Court.

    The e-mail address of the undersigned for purposes of electronic notices in this matter is amihalick@kcrrpg.com.

Dated: Mineola, New York
       August 6, 2008

By: _____
Andrew J. Mihalick (AJM 3995)

KRAL, CLERKIN, REDMOND, RYAN,
PERRY & GIRVAN, LLP
69 East Jericho Turnpike
Mineola, New York 11501
(516) 742-3470

Attorneys for Plaintiff,
Admiral Insurance Company

TO:

Michael Goldberg
Member
2805 Holding, LLC
5600A Broadway
Bronx, New York  10463

Michael Goldberg
Vice President
750, Inc.
5600A Broadway
Bronx, New York  10463

Michael Goldberg
Partner
750, LLC
5600A Broadway
Bronx, New York  10463

Michael Goldberg
Partner
Lewis Morris Associates
5600A Broadway
Bronx, New York  10463

Michael Goldberg
5600A Broadway
Bronx, New York  10463

Kral, Clerkin, Redmond, Ryan, Perry & Girvan, LLP